MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0346 YGR |
|     Plaintiff, ) ) ) | NOTICE OF DISMISSAL |
|    v. ) ) | AND ORDER |
| ALBA VELEZ-CABRERA, ) aka Alba Velez Velez, ) aka Alba Velez Rodriguez, ) ) | |
|     Defendant. ) ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED: 11/08/12                                            Respectfully submitted,

                                                                                              MELINDA HAAG
                                                                                              United States Attorney

                                                                                       /s/
                                                                            MIRANDA KANE
                                                                            Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-0346 YGR)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0346 YGR |
| Plaintiff, | ) ) | |
| | ) | [PROPOSED] ORDER OF DISMISSAL |
| v. | ) ) | |
| ALBA VELEZ-CABRERA, aka Alba Velez Velez, aka Alba Velez Rodriguez, | ) ) ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed. The defendant is hereby ordered released from the custody of the U.S. Marshals.

Date: November 13, 2012

_____
YVONNE GONZALEZ ROGERS
United States District Judge

2